

GOVERNMENT
EXHIBIT

3

1:16-CR-00203-MC